# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: cfan | Date Created: 11/18/2013 |
| Case: 13−01156 | Form ID: SUM | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty      Robert E. Cartwright, Jr.      The Cartwright Law Firm, Inc.      222 Front St. 5th Fl.      San Francisco, CA 94111

TOTAL: 1