1  JAMES WALTER NIGHTINGALE
   12568 FOOTHILL BLVD.
2  CLEARLAKE OAKS, CA 95423
   (707) 560-5001
3  nightingalejames99@yahoo.com

4  In Pro se

5             UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF CALIFORNIA
6
   In re:                        No. 12-13168
7

8  JAMES WALTER NIGHTINGALE

9
                                Chapter 7
10

11         Debtor
   _____/
12
   JANET FLYNN MEZOUI, THE        Adversary 13-01156
13 ESTATE OF ZINO MEZOUI,

14         Plaintiffs

15 -vs-

16 JAMES NIGHTINGALE,

17
           Defendants.
18
   _____/
19
         ANSWER OF DEFENDANT JAMES NIGHTINGALE
20
                  _____
21

22 Defendant JAMES NIGHTINGALE answers Plaintiffs' complaint as

23 follows:

24

25    1. Defendant JAMES NIGHTINGALE admits filing chapter 7

26 bankruptcy on or about December 6, 2012 and admits receiving a

27 Bankruptcy Discharge from this Court on or about March 19, 2013,

28 and also admits being involved an automobile accident with

   Page 1

1 Plaintiffs' decedent in September of 2010, but denies, generally

2 and specifically, the remaining allegations of Plaintiffs'

3 Complaint.

4     2. Defendant further denies being intoxicated from using

5 alcohol, a drug, or another substance at the time of the 2010

6 automobile accident and further denies that Plaintiffs' claim

7 against him is nondischargeable under 11 USC 523(a)(9).

8

9     WHEREFORE, Defendant prays that Plaintiff's complaint be

10 dismissed and that Plaintiff take nothing by way of this action,

11 and for such other relief as the Court deems proper.

12

13

14 Dated: December 23, 2013          */s/ JAMES NIGHTINGALE*
                                           JAMES NIGHTINGALE

15                                            Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 2